# Exhibit D



**United States Department of Agriculture**

September 7, 2022

Farm Production and Conservation

Risk Management Agency

1400 Independence Avenue, SW Stop 0801 Washington, DC 20250-0801

Mr. Marin Bozic, Bozic LLC
Mr. Alex Offerdahl, Watts & Assoc.

SUBJECT: Brisk Proposal

The Risk Management Agency (RMA) has reviewed the information provided regarding your proposal to establish Brisk and Farm Credit Agent Services (FCAS) as service providers to the Farm Credit Associations (FCA). As of this date, RMA has not detected any violations of the Standard Reinsurance Agreement (SRA) in the structure or operation you are proposing to establish.

As you proceed you must ensure that you adhere to the requirements of the SRA, Federal Crop Insurance Act, and all RMA policies and procedures.  This includes, but is not limited to:

1) Rebating Prohibition – FAQs are on the RMA website Published Rebating Violations and Sanctions | RMA (usda.gov)

2) Agent Compensation Limitation – FAQs are on the RMA website Agent Compensation - Schemes or Devices | RMA (usda.gov)  The contract with an Approved Insurance Provider (AIP) must be appropriately priced for the services rendered and not subsidize the services contracted for by FCAS.

3) Privacy Act – Access to producer Protected Information or Personally Identifiable Information is available as an affiliate of an AIP or with producer written consent. As an affiliate of an AIP, specific SRA requirements are applicable including Section IV.(a) "Collection of Information and Data".

If you have any questions as you proceed with your proposal, please contact me at dave.miller@usda.gov.

Sincerely,

*David L. Miller*

David L. Miller
Director, Reinsurance Services Division

USDA is an Equal Opportunity Provider, Employer, and Lender