# Exhibit E

CONFIDENTIAL PROPERTY OF BRISK INSURANCE SERVICES LLC. DO NOT COPY OR DISTRIBUTE.



**United States Department of Agriculture**

Farm Production and Conservation

Risk Management Agency

1400 Independence Avenue, SW Stop 0801 Washington, DC 20250-0801

December 22, 2022

Mr. Marin Bozic, Bozic LLC
Mr. Alex Offerdahl, Watts & Assoc.

SUBJECT: Brisk Proposal Revision – Start-up Funding and Repayment

The Risk Management Agency (RMA) has reviewed the information provided regarding your proposal revision to have the Farm Credit Associations (FCA) pre-pay fees for new services that would be created by Brisk, including the universal quoting front-end and the new agent software training platform. Brisk would then consider repaying FCA the pre-paid fees, possibly with interest once the approved insurance providers (AIPs) establish service contracts and make payments to Brisk. Basically, FCA will be financing the Brisk start-up costs with the expectation of repayment.

Brisk understands that paying interest rates that exceed market rates would be a form of indirect rebating and is considering using the U.S. Prime Rate, as published at https://www.wsj.com/market-data/bonds/moneyrates. Any funds received by Watts & Assoc. and Bozic LLC for legacy services already provided prior to the establishment of Brisk would not be retroactively refundable and can be clearly delineated.

Brisk has requested RMA's review of the proposal revision to determine whether the repayment of funds provided by the FCA's is compliant with the Standard Reinsurance Agreement (SRA). As of this date, RMA has not detected any violations of the SRA with regards to the FCA's financing and Brisk repayment in the proposal revision.

If you have any questions as you proceed with your proposal, please contact me at dave.miller@usda.gov.

Sincerely,

*David L. Miller*

David L. Miller
Director, Reinsurance Services Division

USDA is an Equal Opportunity Provider, Employer, and Lender

CONFIDENTIAL PROPERTY OF BRISK INSURANCE SERVICES LLC. DO NOT COPY OR DISTRIBUTE.