# Exhibit F

CONFIDENTIAL PROPERTY OF BRISK INSURANCE SERVICES LLC. DO NOT COPY OR DISTRIBUTE



**United States Department of Agriculture**

November 28, 2023

Farm Production and Conservation

Risk Management Agency

1400 Independence Avenue, SW Stop 0801 Washington, DC 20250-0801

Mr. Marin Bozic, Bozic LLC
Mr. Alex Offerdahl, Watts & Assoc.

SUBJECT: Brisk Proposal

On September 7, 2022, the Risk Management Agency (RMA) provided a written response to the information provided regarding your proposal to establish Brisk and Farm Credit Agent Services (FCAS) as service providers to the Farm Credit Associations (FCA). As of that date, RMA had not detected any violations of the Standard Reinsurance Agreement (SRA) in the structure or operation you are proposing to establish.

On October 5, 2023, RMA received a letter from Brisk following up on the previous day's meeting regarding Brisk contracting with Approved Insurance Providers (AIPs) to provide services and receive compensation. The letter stated, "In particular, we would like to be able to provide guidance to AIPs that an affiliation agreement between Brisk and one or more AIP(s) to provide training, software, and related SRA-assigned responsibilities for which Brisk will be compensated at a rate of 5% of gross premium and 18% of benchmark underwriting gain is consistent with the SRA and regulatory requirements for which RMA Insurance Services Division has oversight responsibilities."

From the information provided to date, Brisk is prepared to engage in contracting with AIPs and will be compensated with service fees which is part of the original proposal. As of this date, RMA has not detected any violations of the Standard Reinsurance Agreement (SRA) with the services Brisk will provide under contract with an AIP.

As stated in our previous letter, as you proceed you must ensure that you adhere to the requirements of the SRA, Federal Crop Insurance Act, and all RMA policies and procedures.  This includes, but is not limited to:

1) Rebating Prohibition – FAQs are on the RMA website Published Rebating Violations and Sanctions | RMA (usda.gov).

2) Agent Compensation Limitation – FAQs are on the RMA website Agent Compensation - Schemes or Devices | RMA (usda.gov).  The contract with an Approved Insurance Provider (AIP) must be appropriately priced for the services rendered and not subsidize the services contracted for by FCAS.

3) Privacy Act – Access to producer Protected Information or Personally Identifiable Information is available as an affiliate of an AIP or with producer written consent. As an affiliate of an AIP, specific SRA requirements are applicable including Section IV.(a)

USDA is an Equal Opportunity Provider, Employer, and Lender

CONFIDENTIAL PROPERTY OF BRISK INSURANCE SERVICES LLC. DO NOT COPY OR DISTRIBUTE

CONFIDENTIAL PROPERTY OF BRISK INSURANCE SERVICES LLC. DO NOT COPY OR DISTRIBUTE

"Collection of Information and Data".

If you have any questions as you proceed with your proposal, please contact me at dave.miller@usda.gov.

Sincerely,

*David L Miller*

David L. Miller
Director, Reinsurance Services Division

CONFIDENTIAL PROPERTY OF BRISK INSURANCE SERVICES LLC. DO NOT COPY OR DISTRIBUTE