| | |
|---|---|
| **From:** | Ken Ackerman |
| **To:** | patricia.swanson@usda.gov |
| **Cc:** | ken.selzer@usda.gov; heather.manzano@usda.gov; delores.dean@usda.gov; ben.marcy@usda.gov; richard.fordyce@usda.gov; richard.flournoy@usda.gov; Morris, Robert (USADC); Alex Offerdahl; mbozic@bozic.io; Connor Scharfe |
| **Subject:** | [EXTERNAL] Brisk - request for meeting, comment letter |
| **Date:** | Friday, April 3, 2026 2:23:01 PM |
| **Attachments:** | 2026 April Brisk - Comment Letter to RMA.pdf |

Dear Administrator Swanson,

I am writing on behalf of Brisk Insurance Services LLC ("Brisk"), an AIP service provider that was directly affected by the recently issued Manager's Bulletin MGR 26-002.

Watts and Associates Inc. and Bozic, LLC., the two founders of Brisk, each have a long history with Federal crop insurance.  Over the years, we believe they have proven their *bona fides*, working closely with RMA and a wide range of AIPs, producer groups, and agents to develop new products and tools.  These include the development of many of the most popular programs ever introduced through the 508(h) process: margin protection, ECO, MCO, Dairy Revenue Protection, and many others.

Central to Brisk's approach has been its commitment to the letter and spirit of the SRA and RMA rules.  This is why we reached out to RMA multiple times during Brisk's development, providing briefings and obtaining three separate advance RMA letters confirming that we were operating on the conservative, safe side of the rules.

Now, in the wake of MGR 26-002, Brisk, in conjunction with partner AIPs, is trying to determine how or whether it can continue providing quality services to AIPs and agents, including whether and how it might be able to change its business model to address evolving RMA concerns.  Brisk needs to understand how RMA defines many key elements of MGR 26-002.  Without such an understanding, it may be impossible not only for Brisk but for many other AIPs, agents, and affiliates to determine whether they are operating within RMA's intentions.

We have prepared a memorandum (attached) specifying our questions and offering reasonable interpretations consistent with our understanding of RMA's concerns. We would appreciate the chance to meet with you and/or appropriate RMA staff to discuss these concerns and understand RMA's intended interpretation of MGR 26-002.  Such consultation, we believe, provides the best way to achieve agency goals to the benefit of all program stakeholders.

Thank you for your consideration.

Sincerely,     Ken Ackerman –Senior Advisor to Brisk

Kenneth D. Ackerman
OFW Law LLC
6352 Crosswoods Drive
Falls Church, Virginia 22044
703-994-7046
kackerman@ofwlaw.com