**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BRISK INSURANCE SERVICES LLC, | |
| Plaintiff, | |
| v. | Civil Action No.: 1:26-cv-00842 |
| FEDERAL CROP INSURANCE CORPORATION *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2026, upon consideration of the Motion for Stay or in the Alternative an Extension of Time to File an Administrative Record filed by defendants Federal Crop Insurance Corporation ("FCIC"); Risk Management Agency ("RMA"), an agency of the United States Department of Agriculture; and Patricia Swanson, in her official capacity as Manager of FCIC and Administrator of RMA, and the opposition thereto filed by plaintiff Brisk Insurance Services LLC, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____
The Honorable Sparkle L. Sooknanan