# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRISK INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL CROP INSURANCE<br>CORPORATION *et al.*,<br><br>Defendant. | Civil Action No. 26-0842 (SLS) |

## JOINT STATUS REPORT

Pursuant to this Court's March 31, 2026, Memorandum and Order (ECF Nos. 15 and 16, Plaintiff Brisk Insurance Services LLC and Defendants Federal Crop Insurance Corporation, Risk Management Agency, and Patricia Swanson, in her official capacity as Manager of the Federal Crop Insurance Corporation and as Administrator of Risk Management Agency (the "Department"), by and through undersigned counsel, respectfully proposed the following next steps.

The Department will publish a new manager's bulletin within 60 days and requests that the current deadline of April 8, 2026, to file an administrative record for MGR-26-002 be stayed because a new manager's bulletin will likely not have an identical administrative record.

After the manager's bulletin is published, the Parties may propose an expedited briefing schedule and file an administrative record with the Court, pursuant to a protective order.

The Parties request that this Court order another joint status report in 75 days, to allow time for the Department to prepare and publish the new manager's bulletin to replace MGR-26-002 and for Plaintiff to review the new manger's bulletin and determine how to proceed.

- 2 -

Dated:  April 13, 2026                                    Respectfully submitted,

                                                         JEANINE FERRIS PIRRO
                                                         United States Attorney

 /s/                                                      /s/        _Robert J. Morris, II_
Charles A. Zdebski (#451075)                                 ROBERT J. MORRIS, II
Chad E. Kurtz (#1016934)                                     D.C. Bar #1719434
COZEN O'CONNOR                                               Assistant United States Attorney
2001 M Street NW, Suite 500                                  601 D Street NW
Washington, DC 20036                                         Washington, DC 20530
Tel: (202) 280-6528                                          (202) 252-2534
czdebski@cozen.com                                           Robert.Morris@usdoj.gov
ckurtz@cozen.com

*Counsel for Plaintiff*                                   *Attorneys for the United States of America*