# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRISK INSURANCE SERVICES LLC,

      Plaintiff,

   v.

FEDERAL CROP INSURANCE
CORPORATION *et al.*,

      Defendant.

Civil Action No. 26-0842 (SLS)

## JOINT STATUS REPORT

Pursuant to this Court's March 31, 2026, Memorandum and Order (ECF Nos. 15 and 16, Plaintiff Brisk Insurance Services LLC and Defendants Federal Crop Insurance Corporation, Risk Management Agency, and Patricia Swanson, in her official capacity as Manager of the Federal Crop Insurance Corporation and as Administrator of Risk Management Agency (the "Department"), by and through undersigned counsel, respectfully proposed the following next steps.

The Department expects to publish a new manager's bulletin within 60 days and requests clarification on whether the current deadline of April 8, 2026, to file an administrative record with respect to MGR-26-002 is moot considering this Court's Memorandum Opinion and Order. ECF Nos. 15 and 16. If the August 8, 2026, deadline to file the administrative record is not moot, the Department request the deadline to file the administrative record be stayed until the Court resolves the pending Defendants' motion for stay or in the alternative an extension of time to file an administrative record. There is no pending briefing schedule with respect to MGR-26-002 and future litigation, if any, will involve a new manager's bulletin, which necessarily entails a new

administrative record.  And, the completion of a new administrative record necessarily follows the completion and publication of a new manager's bulletin.

After the manager's bulletin is published, the Parties may propose an expedited briefing schedule, in which case, the Department would file the administrative record for the new manager's bulletin with the Court, pursuant to a protective order, within a time designated by the Court to coincide with the Parties' expedited briefing schedule.

The Department requests that this Court order another joint status report in 75 days, to allow time for the Department to prepare and publish the new manager's bulletin to replace MGR-26-002 and for Plaintiff to review the new manger's bulletin.  Once the new manager's bulletin is published, the Parties can then determine how to proceed, including, if necessary, proceeding with expedited briefing.

Dated:  April 6, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

 /s/
Charles A. Zdebski (#451075)
Chad E. Kurtz (#1016934)
COZEN O'CONNOR
2001 M Street NW, Suite 500
Washington, DC 20036
Tel: (202) 280-6528
czdebski@cozen.com
ckurtz@cozen.com

/s/       *Robert J. Morris, II*
    ROBERT J. MORRIS, II
    D.C. Bar #1719434
    Assistant United States Attorney
    601 D Street NW
    Washington, DC 20530
    (202) 252-2534
    Robert.Morris@usdoj.gov

*Counsel for Plaintiff*

*Attorneys for the United States of America*

- 2 -