## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April 2026, I caused Plaintiff's Opposition to Motion for Stay or in the Alternative an Extension of Time to File an Administrative Record, along with the accompanying exhibits, to be served via ECF on all counsel of record.

  /s/ Charles A. Zdebski
Charles A. Zdebski