UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRISK INSURANCE SERVICES LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL CROP INSURANCE<br>CORPORATION *et al.*,<br><br>        Defendant. | Civil Action No. 26-0842 (SLS) |

**NOTICE OF FILING THE CERTIFIED CONTENTS**
**OF THE ADMINISTRATIVE RECORD**

Pursuant to Local Civil Rule 7(n)(1),  Defendants Federal Crop Insurance Corporation,

Risk Management Agency, and Patricia Swanson, in her official capacity as Manager of the

Federal Crop Insurance Corporation and as Administrator of Risk Management Agency

(collectively the "Department"), through undersigned counsel, hereby files the certified list of

contents of the administrative record in the above-captioned case arising under the Administrative

Procedure Act ("APA"), 5 U.S.C. § 701.  A copy of the Administrative Record has separately been

provided to Plaintiff.

\*    \*    \*

- 2 -

Dated: April 8, 2026
     Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:         */s/ Robert J. Morris, II*
      ROBERT J. MORRIS, II,
      D.C. Bar #1719434
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-2534
      Robert.Morris@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

BRISK INSURANCE SERVICES LLC,

                  Plaintiff,

v.

FEDERAL CROP INSURANCE                  Civil Action No.: 1:26-cv-00842
CORPORATION et al.,

                  Defendants.

### CERTIFICATION OF ADMINISTRATIVE RECORD

I, Heather Manzano, Associate Administrator for the Risk Management Agency, which is a component of the United States Department of Agriculture ("USDA"), hereby certify that the attached Administrative Record is a true, correct, and complete copy of the non-privileged documents pertaining to USDA's decision making processes with regard to the USDA Risk Management Agency's ("RMA") bulletin MGR-26-002.

HEATHER
MANZANO
Digitally signed by
HEATHER MANZANO
Date: 2026.04.08 22:11:18
-04'00'
_____
Heather Manzano
Associate Administrator
Risk Management Agency
United States Department of Agriculture

***Brisk Insurance Services LLC v. Federal Crop Insurance Corporation et al.***
**1:26-cv-00842**
**Certified Index to the Administrative Record**

| BATES# | DESCRIPTION |
| --- | --- |
| **GOV000001-GOV000120** | **1) Email Communications** |
| GOV000002-GOV000003 | 032-6.14.24Email from DMiller on Brisk Proposal |
| GOV000004-GOV000005 | 033-6.14.24EmailfromAlbur on software inquiry |
| GOV000006 | 039-1.8.25BriskTalkingPoints Email from Marcy |
| GOV000007 | 043-5.7.25Briskbackground emails to Administrator and Associate Administrator from Manzano |
| GOV000008-GOV000010 | 044-05-08-25 - RE_ [External Email]FW_ |
| GOV000011 | 045-05-08-25-Catch up - BRISK |
| GOV000012-GOV000013 | 047-05-09-25-RE_ [External Email]Call-Brisk |
| GOV000014-GOV000015 | 048-05-12-25 - FW_ RMA_Brisk Overview |
| GOV000016-GOV000016 | 050-5.13.25.Brisk. RMAmeeting recap email |
| GOV000017-GOV000019 | 052-06-04-25-Fw_ [External Email]Brisk regulatory review timeline |
| GOV000020-GOV000026 | 054-6.11.25Alex.OfferdahlEmail on regulatory review timeline |
| GOV000027 | 056-06-12-25-FW_ [External Email]Brisk RMA review planning d |
| GOV000028 | 059-06.18.25 XX Letter to Administrator Swanson[26]_Redacted |
| GOV000029 | 060-06-18-25-[External Email]letter_Redacted |
| GOV000030 | 061-06-19-25-Re_ Incoming letters_Redacted |
| GOV000031-GOV000033 | 062-06-20-25-Call w_ Monday 10_30 est_Redacted |
| GOV000034 | 063-07-24-25-FW_ [External Email]Brisk Video links |
| GOV000035-GOV000039 | 064-07-24-25-RE_ [External Email]RE_ Following up - Invitations to Virtual Brisk Trainings |
| GOV000040 | 065-07-25-25-BRISK - Virtual session |
| GOV000041-GOV000042 | 066-07-25-25-Re_ [External Email]Catch up on Brisk_Farm Credit MSA_ |
| GOV000043 | 068-07-28-25-Brisk - Catch up |
| GOV000044-GOV000050 | 069-08-01-25 - RE_ [External Email]RE_ Following up - Invitations to Brisk Trainings |
| GOV000051-GOV000054 | 071-08-25-25-Re_ [External Email]Reminder_ Academy Workshop |
| GOV000054-GOV000056 | 075-09-08-25-FW_ [External Email] Compensation Violation Report_Redacted |
| GOV000057 | 076-9.8.25Request for Briefing on Brisk from Ken Selzer |
| GOV000058-GOV000059 | 082-09-16-25-FW_ [External Email]Following up on our last discussion |

**Brisk Insurance Services LLC v. Federal Crop Insurance Corporation et al.**
**1:26-cv-00842**
**Certified Index to the Administrative Record**

| BATES# | DESCRIPTION |
|---|---|
| GOV000060 | 088-10-20-25-RE_ BRISK |
| GOV000061-GOV000062 | 089-10-21-25-FW_ [External Email]Brisk Program-Service program funding_Redacted |
| GOV000063-GOV000064 | 090-10-21-25-RE_ 09-30-25 - DRAFT  V3- Policy BRISK |
| GOV000065 | 091-10-22-25-BRISK Policy Paper |
| GOV000066-GOV000067 | 092-10-22-25-Policy Time due outs -Predecisional-predeliberative |
| GOV000068-GOV000069 | 093-11.4.25.Brisk concern email from independent agent_Redacted |
| GOV000070 | 094-11-05-25-Policy Time notes |
| GOV000071-GOV000073 | 095-11-05-25-RE_ [External Email]BRISK |
| GOV000074 | 097-11-06-25-RE_ 11-06-25 - BRISK - One pager |
| GOV000075-GOV000076 | 098-11-07-25-RE_ 11-06-25 - BRISK - One pager |
| GOV000077-GOV000079 | 099-11.7.25Brisk One Pager Email |
| GOV000080-GOV000083 | 100-11-10-25-RE_ BRISK follow-up |
| GOV000084-GOV000085 | 102-11-17-25-FW_ Third-Party Software Bulletin |
| GOV000086-GOV000087 | 103-11-20-25-Re_ Brisk Bulletin |
| GOV000088-GOV000092 | 111-11-21-25-Re_ [External Email] BRISK Question_Redacted |
| GOV000093-GOV000094 | 178-12-05-25 -[External Email]Notice to RMA Compliance Activities _Redacted |
| GOV000095-GOV000096 | 179-12-05-25-MGR-25-009 AIP Response Summary Update |
| GOV000097-GOV000098 | 204-12-09-25-MGR 25-009 Summary Status Update |
| GOV000099-GOV000102 | 206-12-15-25-RE_ [External Email]Following up on our last discussion |
| GOV000103-GOV000104 | 207-12-16-25-FW_ [External Email]Response to Allegations Regarding Agency Termination_Redacted |
| GOV000105-GOV000108 | 209-12-16-25-RE_ [External Email]Following up |
| GOV000109-GOV000112 | 228-01-06-26-FW_ AIP Draft Communications and Responses + Other Updates |
| GOV000113-GOV000115 | 231-01-12-26-FW_ RMA Policy Time Follow Up – Outlook |
| GOV000116 | 232-01-14-26-Policy Time Follow Up - Outlook |
| GOV000117-GOV000119 | 233-01-16-26-FW_ MGR-25-009.1, Responses, and Rollout |

| BATES# | DESCRIPTION |
|---|---|
| ***Brisk Insurance Services LLC v. Federal Crop Insurance Corporation et al.*** 1:26-cv-00842 Certified Index to the Administrative Record | |
| **GOV000120-GOV000483** | **2)  Analysis Documentation** |
| GOV000121-GOV000123 | 012-08-08-22 - 07 - 2022 August Watts Legal Opinion Memo final |
| GOV000124-GOV000128 | 013-08-08-22 - Arrigo - Agent Compensation.2022-08-08[28370] |
| GOV000129-GOV000131 | 014-08-09-22 - August W&A and Bozic request for RMA legal opinion |
| GOV000132-GOV000136 | 015-08-29-22 - Brisk RMA review flow charts v3 |
| GOV000137-GOV000138 | 018-12-12-22 - Brisk Letter to Dave Miller |
| GOV000139-GOV000141 | 019-12-19-22 - Brisk Flow Chart Revision |
| GOV000142 | 022-10-05-23 - Brisk Letter to Dave Miller October 2023 |
| GOV000143 | 023-10-05-23 - Brisk Proposal Flow Chart |
| GOV000144-GOV000148 | 024-10-05-23 - Pages from Brisk_BIC - Master Software Development and Related Services Agreement.Execution Version.v2 |
| GOV000149-GOV000163 | 027-11-07-23 - Brisk overview presentation for RMA |
| GOV000164-GOV000165 | 034-07-29-24 - Miller Meeting Request.Brisk |
| GOV000166-GOV000167 | 036-08-15-24 - RMA Meeting Recap.Brisk |
| GOV000168-GOV000169 | 040-1.8.25Emailfrom Marcy on new Brisk developments. Attachment |
| GOV000170-GOV000171 | 049-05-13-25 - Follow up Questions for BRISK (005) |
| GOV000172-GOV000181 | 053-Brisk Response to RMA.2025-06-10 |
| GOV000182-GOV000186 | 057-Playbook - 2025-06-13 39 |
| GOV000187-GOV000194 | 070-08-25-25 - Scan Aug 25 2025 - Brisk Software Overview |
| GOV000195 | 073-Academy Workshop - Aug 26 2025 |
| GOV000196-GOV000200 | 074-09 - 13. Arrigo - Opinion on Processing Fees.2025-09-06 |
| GOV000201-GOV000202 | 077-270704 Financial - Master MPCI Commission Schedule Executed |
| GOV000203 | 078-270704 Financial - Master MPCI Contingent Commission Addendum Executed |
| GOV000204-GOV000205 | 079-270704 Financial - Master Special Addendum Executed |
| GOV000206-GOV000219 | 080 Financial Crop Insurance Agency Agreement |
| GOV000220-GOV000480 | 087-09-30-25 - BRISK - Comprehensive with appendicies_Redacted |
| GOV000481-GOV000483 | 096-11-06-25 - BRISK - One pager (003) |

***Brisk Insurance Services LLC v. Federal Crop Insurance Corporation et al.***
**1:26-cv-00842**
**Certified Index to the Administrative Record**

| BATES# | DESCRIPTION |
|---|---|
| **GOV000484-GOV000674** | **3) Background Documentation** |
| GOV000485-GOV000532 | 001-SRA_2026-3-6-26 |
| GOV000533-GOV000534 | 002-The Plan of Operations Approval Process - Background |
| GOV000535 | 003-2026 SRA - APPENDIX I - Proprietary Information |
| GOV000536-GOV000590 | 004-gao-04-517 |
| GOV000591-GOV000596 | 005-mgr-10-011 |
| GOV000597-GOV000603 | 006-is-11-006 |
| GOV000604-GOV000611 | 007-MGR-10-011.1 |
| GOV000612-GOV000624 | 008-FAQs - Agent Compensation Schemes or Devices |
| GOV000625-GOV000633 | 009-Published Rebating Violations and Sanctions |
| GOV000634 | 016-09-07-22 - RMA Review Letter |
| GOV000635-GOV000636 | 017-10-03-23-FW_ [External Email]Just checking in |
| GOV000637-GOV000643 | 020-10-03-23-FW_ [External Email]Time to visit next week_ |
| GOV000644 | 021-12-22-22 - RMA Proposal Revision Review Letter |
| GOV000645-GOV000646 | 025-10-05-23-Alex Follow-up Email 10-5-23 |
| GOV000647-GOV000650 | 026-10-20-23-RE_ [External Email]RE_ Follow up on Yesterday's Brisk Discussion |
| GOV000651 | 028-11-09-23-RE_ Brisk Review Letter |
| GOV000652 | 029-11-20-23 - [External Email] Checking in |
| GOV000653-GOV000654 | 030-11-28-23 - RMA Review Letter |
| GOV000655-GOV000660 | 038-1.8.25BriskTalkingPoints Email from Marcy.Attachment_Redacted |
| GOV000661 | 042-NAU - BRISK - Letter 02-13-25 |
| GOV000662 | 084-09-19-25 Agency Termination Letter_Redacted |
| GOV000663 | 085-09-19-25 Policyholder Termination Notice_Redacted |
| GOV000644-GOV000665 | 086-9.19.25 Agency Termination Letter XX_Redacted |
| GOV000666-GOV000668 | 205-12-15-25 - Letter 12152025_Redacted |
| GOV000669-GOV000674 | 210-12-17-25-RE_ [External Email] BRISK Question_Redacted |
| **GOV000675-GOV000877** | **4) Contracts** |
| GOV000676-GOV000699 | 031-0019 - Brisk - Service Agreement.2024-01-30 |
| GOV000700-GOV000728 | 035-0043 - Brisk - Services Agreement.2024-08-12 |
| GOV000729-GOV000758 | 037-0044 - Brisk - Services Agreement.2024-09-12 |
| GOV000759-GOV000811 | 041-0060 - Brisk - Services Agreement.2025-01-24 |

**Brisk Insurance Services LLC v. Federal Crop Insurance Corporation et al.**
**1:26-cv-00842**
**Certified Index to the Administrative Record**

| BATES# | DESCRIPTION |
|---|---|
| GOV000812-GOV000877 | 055-0017 - Brisk - Master Software Development and Related Services Agreement.Execution Version.2023-09-15 |
| **GOV000878-GOV000899** | **5) Meetings / Notes** |
| GOV00879-GOV000880 | 046-05-08-25 - FW-BRISK |
| GOV000881-GOV000882 | 051-06-04-25-Brisk Notes 6-4-25 (002) |
| GOV000883-GOV000884 | 058-06-16-25 - BRISK |
| GOV000885-GOV000887 | 067-07-28-25 Call with Marin - Notes |
| GOV000888-GOV000894 | 081-09-12-25 Notes_09122025 |
| GOV000895-GOV000897 | 083-09-17-25-[External Email] Intro and follow up_Redacted |
| GOV000898-GOV000899 | 208-12-10-25 Virtual Meeting with Federal Crop Insurance Committee_Redacted |
| **GOV000900-GOV001767** | **6) MGR-25-009 – Issuance and Response** |
| GOV000901-GOV000904 | 010-11-20-25 - MGR-25-009 |
| GOV000905 | 104-11-21-2025 [External Email]Agent Compensation - Third Party Software Payments |
| GOV000906-GOV000908 | 105-11-21-2025 3rd party software |
| GOV000909 | 106-11-21-2025 Third Party Software |
| GOV000910-GOV000912 | 107-11-21-2025 3rd party software |
| GOV000913 | 108-11-21-2025 Agent Compensation - Third Party Software Payments |
| GOV000914 | 109-11-21-2025 Third Party Software |
| GOV000915 | 110-11-21-25 Third-Party Software Payments |
| GOV000916 | 112-11-22-2025 [External Email]2026 SRA part IV(g) RMA |
| GOV000917 | 113-11-22-2025 SRA part IV(g) RMA |
| GOV000918-GOV000920 | 114-11-25-2025 PRF |
| GOV000921-GOV000922 | 115-11-25-2025 Quote |
| GOV000923-GOV000931 | 116-11-25-2025 Order |
| GOV000932-GOV000946 | 117-11-25-2025 Software License Agreement |
| GOV000947 | 118- 11-25-2025 Software Licensing Response_rev_12.2.2025 |
| GOV000948-GOV000963 | 119-12-1-2025 Software License Agreement_(Fully Exexcuted) |
| GOV000964-GOV000968 | 120-12-1-2025 Service Agreement_Amendment 1_(Fully Executed) |
| GOV000969-GOV000969 | 121-12-1-2025 Response_MGR25009 |

***Brisk Insurance Services LLC v. Federal Crop Insurance Corporation et al.***
**1:26-cv-00842**
**Certified Index to the Administrative Record**

| BATES# | DESCRIPTION |
|---|---|
| GOV000970-GOV000971 | 122-12-1-2025 Consent_to_Assignment_(Hosting_Agreement)_(Fully Executed |
| GOV000972-GOV000973 | 123-12-4-2025 [External Email] Response to MGR 25-009 |
| GOV000974 | 124-12-4-2025 7.30.24_Revised Invoice_S627694 |
| GOV000975-GOV000983 | 125-12-4-2025 SOW_08.25.2025  8.27.2025 |
| GOV000984-GOV001000 | 126-12-4-2025 Affiliate Agreement 03.07.2025 |
| GOV001001-GOV001030 | 127-12-4-2025 Information Security Policy |
| GOV001031-GOV001034 | 128-12-4-2025 Vendor Attestation Form |
| GOV001035-GOV001039 | 129-12-4-2025 Report Agreement |
| GOV001040-GOV001048 | 130-12-4-2025 Report Agreement |
| GOV001049-GOV001061 | 131-12-4-2025 Hosting Agreement - RY2026_Final.docx |
| GOV001062-GOV001063 | 132-12-4-2025 MGR-25-009 Agent Compensation – Third Party Software Payments |
| GOV001064-GOV001082 | 133-12-4-2025 Software License Agreement 2023 SNW Rev 05192023.docx |
| GOV001083 | 134-12-4-2025 Reaffirmation of License Agreement and Amendment.docx |
| GOV001084 | 135-12-4-2025 invoice-INV-CA-110401 |
| GOV001085-GOV001086 | 136-12-4-2025 License Statement #29483 |
| GOV001087-GOV001090 | 137-12-4-2025 Signed GAIC |
| GOV001091 | 138-12-4-2025 Invoice_12.1.2025 |
| GOV001092-GOV001109 | 139-12-4-2025 Bozic-Watts-Brisk Master Services Agreement |
| GOV001110-GOV001113 | 140-12-4-2025 Brisk - First Amendment to SOW No. 1 - 6.2.2025 |
| GOV001114-GOV001124 | 141-12-4-2025 Brisk - Second Master Services Agreement |
| GOV001125-GOV001129 | 142-12-4-2025 Brisk - First Amendment to Service Agreement |
| GOV001130-GOV001153 | 143-12-4-2025 Brisk - Services Agreement |
| GOV001154-GOV001157 | 144-12-4-2025 Brisk - Vendor Attestation Form |
| GOV001158-GOV001186 | 145-12-4-2025 Brisk - Services Agreement 8.9.24_Execution_Version.docx copy |
| GOV001187-GOV001189 | 146-12-4-2025 Quote US-QUO-1226208 |
| GOV001190 | 147-12-4-2025 Connection Fee Invoice_07.31.2025 |
| GOV001191-GOV001092 | 148-12-4-2025 Dave Miller BRISK Email |
| GOV001193-GOV001194 | 149-12-4-2025 Quote - US-QUO-1159628 |
| GOV001195-GOV001200 | 150-12-4-2025 1Y Renewal Quote_03.09.2024 2.29 |

**Brisk Insurance Services LLC v. Federal Crop Insurance Corporation et al.**
**1:26-cv-00842**
**Certified Index to the Administrative Record**

| BATES# | DESCRIPTION |
|---|---|
| GOV001201-GOV001202 | 151-12-4-2025 MGR-25-009 Agent Compensation – Third Party Software Payments |
| GOV001203-GOV001205 | 152-12-4-2025 Renewal 3 Yr._12.01.2025 |
| GOV001206-GOV001214 | 153-12-4-2025 Independent Data Management |
| GOV001215 | 154-12-4-2025 Independent Data Management Schedule A-2 |
| GOV001216-GOV001217 | 155-12-4-2025 Categories by Tier |
| GOV001218-GOV001235 | 156-12-4-2025 Production_Agreement_27Aug25 |
| GOV001236-GOV001237 | 157-12-4-2025 Crop_Component |
| GOV001238 | 158-12-4-2025 MGR-25-009 Response |
| GOV001239 | 159-12-4-2025 MGR-25-009 Response Draft |
| GOV001240-GOV001242 | 160-12-4-2025 MGR-25-009 Third Party Software |
| GOV001243-GOV001245 | 161-12-4-2025 Quote US-QUO-1225061 |
| GOV001246-GOV001247 | 162-12-4-2025 Invoice |
| GOV001248-GOV001249 | 163-12-4-2025 LicenseAgreement_Amendment 1_04.27.2024 (FINAL CLEAN 04.04.2024) (1) |
| GOV001250-GOV001251 | 164-12-4-2025 Cloud_Services_Subscription_03.01.2025 |
| GOV001252 | 165-12-4-2025 PO-2025-02100 2025-08-07 07_12_21-0700 (1) |
| GOV001253-GOV001258 | 166-12-4-2025 3 Yr_5000 seats_10.01.2023 |
| GOV001259-GOV001265 | 167-12-4-2025 RMA Call Nov 7 - Correspondence with D. Miller |
| GOV001266-GOV001275 | 168-12-4-2025 2012-12-01 Mapping Software Purchase Agreement |
| GOV001276-GOV001285 | 169-12-4-2025 Continuation Fully executed agreement |
| GOV001286 | 170-12-4-2025 Quote-25554356-Aspose |
| GOV001287-GOV001288 | 171-12-4-2025 Invoice_2025-19331 |
| GOV001289-GOV001290 | 172-12-4-2025 US-QUO-1244494 |
| GOV001291-GOV001294 | 173-12-4-2025 Monthly - RJJNLB-2025-01 |
| GOV001295-GOV001298 | 174-12-4-2025 IT_Renewal_08.01.2025 |
| GOV001299-GOV001303 | 175-12-4-2025 3 Year_Crop_Renewal |
| GOV001304-GOV001328 | 176-12-4-2025 MSA Signed |
| GOV001329 | 177-12-4-2025 Crop |
| GOV001330 | 180-12-5-2025 |
| GOV001331 | 181-12-5-2025 Marketing |
| GOV001332-GOV001338 | 182-12-5-2025 User Guide |
| GOV001339 | 183-12-5-2025 Reply to MGR-25-009 |
| GOV001340 | 184-12-5-2025 Reply to MGR-25-009 |

***Brisk Insurance Services LLC v. Federal Crop Insurance Corporation et al.***
**1:26-cv-00842**
**Certified Index to the Administrative Record**

| BATES# | DESCRIPTION |
|---|---|
| GOV001341 | 185-12-5-2025 RE_ MGR-25-009 Agent Compensation – Third Party Software Payments |
| GOV001342 | 186-12-5-2025 - MGR-25-009 Response Letter |
| GOV001343-GOV001344 | 187-12-5-2025 Pg1 |
| GOV001345 | 188-12-5-2025 Pg2 |
| GOV001346-GOV001362 | 189-12-5-2025 Pages from Quote System User Manual |
| GOV001363-GOV001364 | 190-12-5-2025 MGR-25-009 Response |
| GOV001365-GOV001367 | 191-12-5-2025 Resp MGR-25-009 |
| GOV001368-GOV001374 | 192-12-5-2025 Rainfall_Index_Quoter |
| GOV001375-GOV001376 | 193-12-5-2025 [External Email]RE_ MGR-25-009 Agent Compensation – Third Party Software Payments |
| GOV001377 | 194-12-5-2025 Third Party Software Services Available to Agents |
| GOV001378 | 195-12-8-2025 02-13-25 - Brisk Review Letter |
| GOV001379-GOV001429 | 196-12-8-2025 2024 - MPCI Crop Livestock Agreement – Signed |
| GOV001430-GOV001432 | 197-12-8-2025 4. RMA Review Letter 9-7-22(65647412.1) |
| GOV001433-GOV001434 | 198-12-8-2025 9. RMA Review Letter 11-28-23 |
| GOV001435-GOV001436 | 199-12-8-2025 Reply -- MGR-25-009 Agent Compensation – Third Party Software Payments |
| GOV001437-GOV001439 | 200-12-8-2025 MGR 25-009 Response |
| GOV001440 | 201-12-8-2025 MGR 25-009 Response |
| GOV001441 | 202-12-8-2025 MGR-25-009 Software Payments Template |
| GOV001442-GOV001494 | 203-12-8-2025 SERVICES AGREEMENT full |
| GOV001495 | 211-12-22-2025 INVOICE |
| GOV001496-GOV001497 | 212-12-22-2025 Bozic LLC 2025 Invoice copy |
| GOV001498-GOV001527 | 213-12-22-2025 Brisk - Services Agreement |
| GOV001528-GOV001556 | 214-12-22-2025 Platform Agreement |
| GOV001557-GOV001559 | 215-12-22-2025 License Renewal |
| GOV001560 | 216-12-22-2025 Letter_Assignment_of_agreement |
| GOV001561-GOV001675 | 217-12-22-2025 LSA_(EXECUTED) Agreement |
| GOV001676-GOV001677 | 218-12-22-2025 Text_Messaging |
| GOV001678 | 219-12-22-2025 Overview_flyer OL (2) |
| GOV001679 | 220-12-22-2025 MGR-25-009 Software List_12.19.2025 |
| GOV001680-GOV001681 | 221-12-22-2025 Response_MGR-25-009_12.19.2025.1 |
| GOV001682-GOV001683 | 222-12-22-2025 flyer with 2026 dates |

**Brisk Insurance Services LLC v. Federal Crop Insurance Corporation et al.**
**1:26-cv-00842**
**Certified Index to the Administrative Record**

| BATES# | DESCRIPTION |
|---|---|
| GOV001684-GOV001694 | 223-12-22-2025 Watts |
| GOV001695-GOV001718 | 224-12-22-2025 MSA_Watts |
| GOV001719-GOV001760 | 225-12-22-2025 Order_Form_3_Software Contract |
| GOV001761 | 226-12-22-25 - MGR-25-009 AIP RESPONSES – Checklist |
| GOV001762-GOV001764 | 227-01-06-26 - MGR 25-009 AIP Response Summary |
| GOV001765-GOV001767 | 229-MGR 25-009 AIP Response Summary.Attachment |
| **GOV001768-GOV001772** | **7) MGR-26-002 – Issuance and Responses** |
| GOV001769-GOV001771 | 011-MGR-26-002 |
| GOV001772 | 234-2.19.26EmailClearingBriskMGRfromAdministrator |
| **GOV001773-GOV001782** | **8) Other** |
| GOV001774-GOV001775 | 072-08-26-25-Text on Processing |
| GOV001776-GOV001779 | 101 - BRISK Memo |
| GOV001780-GOV001782 | 230-01-07-26-2026.01 Brisk Rollout |