**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BRISK INSURANCE SERVICES LLC, | |
| Plaintiff, | Civil Action No. 1:26-cv-00842 |
| v. | |
| FEDERAL CROP INSURANCE CORPORATION *et al.*, | |
| Defendants. | |

**PLAINTIFF'S MOTION TO SUPPLEMENT**
**THE ADMINISTRATIVE RECORD**
**AND TO ADMIT EXTRA-RECORD EVIDENCE**

Pursuant to the Federal Rules of Civil Procedure and Local Civil Rule 7, Plaintiff respectfully moves to supplement the Administrative Record and to Admit Extra-Record Evidence, all of which is properly considered in connection with Plaintiff's contemporaneously filed Motion for Summary Judgment against Defendants.

Respectfully submitted,

By:   /s/ Charles A. Zdebski
Charles A. Zdebski (#451075)
Chad E. Kurtz (#1016934)
COZEN O'CONNOR
2001 M Street NW, Suite 500
Washington, DC 20036
Tel: (202) 280-6528
czdebski@cozen.com
ckurtz@cozen.com

*Attorneys for Plaintiff,*
*Brisk Insurance Services LLC*

Dated: May 29, 2026