**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRISK INSURANCE SERVICES LLC,<br><br>                    Plaintiff,<br>   v.<br><br>FEDERAL CROP INSURANCE<br>CORPORATION *et al.*,<br><br>               Defendants. | Civil Action No. 1:26-cv-00842 |

**CERTIFICATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION TO
SUPPLEMENT THE RECORD AND TO ADMIT EXTRA-RECORD EVIDENCE**

Pursuant to Local Civil Rule 7(m), the undersigned hereby certifies that Plaintiff's counsel conferred with counsel for Defendants in advance of filing this Motion, who declined to consent to the relief requested in this filing.

Respectfully submitted,

By:   /s/ Charles A. Zdebski
       Charles A. Zdebski (#451075)
       Chad E. Kurtz (#1016934)
       COZEN O'CONNOR
       2001 M Street NW, Suite 500
       Washington, DC 20036
       Tel: (202) 280-6528
       czdebski@cozen.com
       ckurtz@cozen.com

*Attorneys for Plaintiff,*
*Brisk Insurance Services LLC*

Dated: May 29, 2026