**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BRISK INSURANCE SERVICES LLC,

                   Plaintiff,

   v.

FEDERAL CROP INSURANCE
CORPORATION *et al.*,

              Defendants.

Civil Action No.: 1:26-cv-00842

### [PROPOSED] ORDER

AND NOW, this _____ day of _____ 2026, upon consideration of Plaintiff's Motion to Supplement the Administrative Record and to Admit Extra-Record Evidence, it is hereby **ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Administrative Record is supplemented with the April 3, 2026 Letter from Brisk to RMA; and it is further

**ORDERED** that the Declaration of Anthony Jesina is admitted to the record as proper extra-record evidence; and it is further

**ORDERED** that the Declaration of Marin Bozic is admitted to the record as proper extra-record evidence.

BY THE COURT:

_____
HON. SPARKLE L. SOOKNANAN, U.S.D.J.
United States District Judge