## CERTIFICATE OF SERVICE

I hereby certify that on this 29TH day of May, 2026, the foregoing Motion to Supplement the Record and to Admit Extra-Record Evidence, and all Exhibits thereto, was filed electronically using the Court's CM/ECF system, which filing will generate a notice of electronic filing, reflecting service on all counsel of record.

By:     /s/ Charles A. Zdebski
        Charles A. Zdebski (#451075)
        Chad E. Kurtz (#1016934)
        COZEN O'CONNOR
        2001 M Street NW, Suite 500
        Washington, DC 20036
        Tel: (202) 280-6528
        czdebski@cozen.com
        ckurtz@cozen.com

        *Attorneys for Plaintiff,*
Dated: May 29, 2026                *Brisk Insurance Services LLC*