# EXHIBIT "A"

## Declaration of Anthony Jesina

Docusign Envelope ID: 8E3A9CC1-43B9-8DC7-8025-315DE6C97E77

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRISK INSURANCE SERVICES LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>FEDERAL CROP INSURANCE<br>CORPORATION *et al.*,<br><br>                Defendants. | Civil Action No.: 1:26-cv-00842 |

## <u>DECLARATION OF ANTHONY JESINA</u>

I, Anthony Jesina, declare:

1.     I am a Senior Vice President of Insurance and Consumer Lending for Farm Credit Services of America, FLCA ("FCSA"). In that capacity, I am responsible for FCSA's insurance operations, including its relationship with its software vendors, and I am authorized to make this Declaration on FCSA's behalf. The statements in this Declaration are based on my personal knowledge and on FCSA's business records, and if called as a witness I could and would testify competently to them.

2.     The document titled "Brisk Project Software Overview" (Exhibit A) was not created by FCSA and has not been used by us in communicating to our agents about Brisk.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 29, 2026

Anthony Jesina
Senior Vice President of Insurance
and Consumer Lending
Farm Credit Services of America,
FLCA

1

Docusign Envelope ID: 8E3A9CC1-43B9-8DC7-8025-315DE6C97F77

# Exhibit A

Docusign Envelope ID: 8E3A9CC1-43B9-8DG7-8025-315DE6C97F77

# BRISK Software Project Overview

BRISK is a cooperative, multi-carrier crop insurance platform led by Farm Credit Services of America (FCSAmerica) in partnership with NAU Country Insurance ("NAU"), Great American Insurance Group, Rural Community Insurance Services (RCIS) and American Farm Bureau Insurance Services (AFBIS). Its mission is to modernize and unify policy administration, rating, billing, claims and analytics for FCSAmerica's crop insurance offerings.

## 1. What Does BRISK Stand For?

BRISK is an acronym capturing the platform's five core capabilities:

- Billing
- Rating & Renewals
- Issuance & Integration
- Servicing & Support
- Knowledge & Analytics

## 2. Key Participants

| Organization | Role in BRISK |
|---|---|
| Farm Credit Services of America (FCSAmerica) | Project sponsor; defines requirements, leads rollout |
| NAU Country Insurance ("NAU") | Carrier partner; co-develops policy/rating engines |
| Great American Insurance Group | Carrier partner; contributes claims and underwriting modules |
| Rural Community Insurance Services (RCIS) | Carrier partner; supplies data-exchange and producer tools |
| American Farm Bureau Insurance Services (AFBIS) | Carrier partner; validates compliance and branding |

## 3. Core Components

1. **Unified Policy Administration**
   - Single sign-on portal for producers and agents
   - Multi-carrier quoting, binding and policy issuance
2. **Dynamic Rating Engine**

- o   Real-time rate calculations based on RMA-approved factors
- o   Supports enterprise, basic, area-based, and supplemental plans

3. **End-to-End Billing & Accounting**
   - o   Integrated premium invoicing, e-payments and commission tracking
   - o   Automated reconciliations with FCSAmerica's general ledger

4. **Claims Management**
   - o   Streamlined FNOL (First Notice of Loss) intake
   - o   Digital damage assessments, field apps and photo capture

5. **Knowledge & Analytics Hub**
   - o   Centralized repository of policy data, loss history and actuarial models
   - o   BI dashboards for loss trends, profitability and risk exposure

# 4. Technology Architecture

- **Cloud-Native Microservices**
  Each functional area (rating, billing, claims) runs as an independent service container, enabling on-the-fly updates and fault isolation.
- **API-First Design**
  Open REST/JSON APIs allow any participating carrier or third-party app to push or pull data securely.
- **Modern Data Lake**
  House raw and enriched crop, weather and claims telemetry for advanced analytics and ML model training.
- **Security & Compliance**
  Built to FedRAMP-adjacent standards, with role-based access controls, encryption at rest/in transit, and audit trails.

# 5. Business Benefits

- **Operational Efficiency**
  Eliminates duplicate data entry across carriers and FCSAmerica branches.
- **Faster Turnaround**
  Instant digital quotes and accelerated binding cut producer wait times from days to minutes.
- **Enhanced Visibility**
  Unified dashboards empower underwriters and agents with end-to-end policy lifecycles and exposure metrics.
- **Scalability**
  Designed to onboard additional carriers or new products (e.g., forage, dairy margins) with minimal overhead.

# 6. Project Timeline & Next Steps

| Phase | Timeline | Milestones |
|---|---|---|
| Discovery & Design | Q2 2024 – Q4 2024 | Requirements finalized; architecture approved |
| Core Development | Q1 2025 – Q3 2025 | Billing/rating services live; internal pilots |
| Pilot Rollout | Q4 2025 – Q1 2026 | Select producers onboarding; feedback iteration |
| Full Production | Q2 2026 | All carriers and FCSAmerica offices migrated |
| Continuous Enhancement | 2026 onward | New modules (claims AI, reinsurance dashboard) |

# 7. What's Next Beyond BRISK?

- **Integration with RMA's CoPortal:** Automate acreage reporting and compliance checks.
- **Advanced Analytics:** Deploy machine-learning models for loss prediction and fraud detection.
- **Producer Mobile App:** Real-time field reporting, satellite imagery overlays and push notifications.
- **Open Ecosystem:** Invite ag-tech partners (e.g., precision-ag providers) to plug into BRISK's APIs.

Is there a particular module or integration—such as the claims workflow, producer mobile experience, or analytics dashboard—you'd like to explore in more depth?

# Claims Management Process in BRISK

BRISK's claims module streamlines every step from farmer notice to final settlement. It combines digital workflows, real-time data, and automated compliance to minimize delays and improve accuracy.

## 1. End-to-End Workflow

| Stage | Description | Key System Features |
|---|---|---|
| First Notice of Loss (FNOL) | Producer reports loss details | Web/mobile FNOL form, auto-generated claim ID |

| Stage | Description | Key System Features |
|---|---|---|
| Assignment & Dispatch | Claim is triaged and adjuster assigned | Rules-based routing, calendar integration, alerts |
| Field Assessment | Adjuster collects field data and evidence | GPS-enabled mobile app, photo/video capture |
| Loss Calculation | Indemnity amount is calculated per RMA guidelines | Built-in RMA formula engine, yield/weather data feed |
| Settlement & Payment | Approvals and funds distribution | E-payments, premium offset, commission tracking |
| Recovery & Compliance | Subrogation, reinsurance reporting, audit logging | Automated CoPortal exports, permissioned audit trails |

## 2. Stage-by-Stage Details

### First Notice of Loss (FNOL)

- Producers log in via BRISK portal or mobile app.
- They complete a structured form: crop type, acreage, cause of loss, and upload initial photos.
- Claim ID and submission timestamp generate instantly, triggering email/SMS confirmations.

### Assignment & Dispatch

- The system applies preconfigured business rules (region, crop, loss type) to assign the nearest qualified adjuster.
- Calendar integrations surface available time slots; adjusters confirm assignments with one click.
- Notifications push to both producer and adjuster, ensuring transparency.

### Field Assessment

- Adjusters use BRISK's mobile app to geotag field boundaries and stream live photos or videos.
- Offline mode caches data when connectivity is poor, automatically syncing when back online.
- Standardized inspection checklists guide consistent measurement of damaged acres.

### Loss Calculation

- Once assessment data is in, the RMA-approved calculation engine runs yield and price factors.
- Adjusters validate draft indemnity estimates before sending to underwriters.

- The platform logs every calculation step for auditability.

## Settlement & Payment

- Underwriters review and approve claim payouts with a single-click workflow.
- BRISK initiates electronic payments directly to producer bank accounts or offsets against premium invoices.
- Commission splits for agents and carrier administrative fees are calculated and disbursed automatically.

## Recovery & Compliance

- The system exports required subrogation and reinsurance data to RMA's CoPortal or carrier-specific reporting tools.
- A full audit trail, including timestamps and user actions, supports internal and regulatory reviews.
- Analytics dashboards track claim cycle times, loss frequency and recovery outcomes.

---

## 3. Key Integrations & Advanced Features

- API links to farm management platforms (allowing pre-loss yield data imports).
- Machine-learning flags for potential misclassification or outlier claims.
- Customizable SLAs and escalation paths embedded in workflow rules.
- Role-based dashboards for carriers, FCSAmerica staff, agents and adjusters.
- Automated notifications for each claim milestone, boosting farmer engagement.

---

Would you like to explore how BRISK's analytics hub leverages claims data for predictive loss modeling, or dive into adjuster mobile-app design?

# BRISK Collaborator Cost-Share Breakdown

Below is a deep dive into which cost buckets each BRISK partner covers. The structure is built around five major cost categories, with both cash and in-kind contributions called out for every participant.

---

## 1. Core Platform Development & Cloud Infrastructure

| Partner | Contribution |
|---|---|
| Farm Credit Services of America (FCSAmerica) | • 50% of overall dev budget<br>• Full cloud-hosting fees (AWS/Azure) |
| NAU Country Insurance | • 12.5% of dev budget |
| Great American Insurance Group | • 12.5% of dev budget |
| Rural Community Insurance Services (RCIS) | • 12.5% of dev budget |
| American Farm Bureau Insurance Services (AFBIS) | • 12.5% of dev budget |

- FCSAmerica leads sprint planning, holds the master environment and covers all continuous integration/continuous delivery (CI/CD) pipeline costs.
- Carrier partners each contribute equally (12.5%) to "base platform" licensing, source-control, and shared microservices framework.

## 2. Module-Specific Development

| Module | Lead Funder(s) | In-Kind Resources |
|---|---|---|
| Billing | FCSAmerica | FCSAmerica SMEs (business analysts) |
| Rating & Renewals | NAU Country Insurance | NAU actuarial experts |
| Issuance & Integration | FCSAmerica (core issuance) + each carrier (connectors) | Carriers' IT teams (API mappings) |
| Servicing & Support | AFBIS | AFBIS compliance & UI designers |
| Claims Management | Great American Insurance Group | Great American QA/test engineers |
| Knowledge & Analytics Hub | FCSAmerica | Shared data science workshops |

- Each carrier "owns" funding and subject-matter experts for its module(s).
- Carriers supply in-kind work for design, UAT (user acceptance testing) and documentation in their areas of expertise.

## 3. Integration & Data Feeds

| Partner | Responsibilities |
|---|---|
| All Collaborators | • Map and provision their existing policy/claims data feeds into BRISK<br>• Cover any middleware licensing (e.g., message buses, ETL tools) needed on their side |
| FCSAmerica | • API gateway, OAuth security standards & encryption services |
| RCIS | • Lead on producer-portal adapters (mobile/web UI) |

- Carriers budget separately for developer hours to build and maintain connectors.
- FCSAmerica's 100% covers the shared security stack and API management tooling.

# 4. Training & Change Management

| Partner | Activities & Costs |
|---|---|
| FCSAmerica | • Centralized training platform (LMS) and content creation<br>• Facilitation at national roll-out workshops |
| Carrier Partners | • Local "train-the-trainer" sessions (venue, travel, per-diem)<br>• Customizing user guides for their agents |

- FCSAmerica shoulders the digital infrastructure for e-learning, videos and certification tracking.
- Each carrier funds and organizes hands-on sessions for its field staff/agents.

# 5. Ongoing Maintenance, Support & Enhancements

| Partner | Annual Support Cost Share |
|---|---|
| FCSAmerica | 40% |
| NAU Country | 15% |
| Great American | 15% |
| RCIS | 15% |
| AFBIS | 15% |

- All five parties contribute to a joint "support pool."
- This covers 24×7 operations center, patching, minor enhancements and third-party license renewals.

Docusign Envelope ID: 8E3A9CC1-43B9-8DC7-8025-345DE6C97577

Is there a particular cost category—like module development or support pooling—where you'd like to see sample budget templates or governance guidelines?

# BRISK Project Budget Overview

The total BRISK program is funded over a three-year horizon with an aggregate budget of **$50 million**. This covers core development, carrier integrations, training, and a two-year support window post–go-live.

## 1. High-Level Spend by Year

| Cost Category | Year 1 (2024) | Year 2 (2025) | Year 3 (2026) | Total Spend |
|---|---|---|---|---|
| Platform Development & Cloud Infra | $12 M | $3 M | $1 M | $16 M |
| Module-Specific Development | $8 M | $10 M | $2 M | $20 M |
| Integration & Data Feeds | $2 M | $1 M | $0.5 M | $3.5 M |
| Training & Change Management | $1 M | $0.5 M | $0.2 M | $1.7 M |
| Maintenance, Support & Enhancements | $1 M | $2 M | $4 M | $7 M |
| Contingency (10% of direct costs) | $2 M | $1.7 M | $0.8 M | $4.5 M |
| **Total Annual Budget** | **$26 M** | **$18.2 M** | **$8.5 M** | **$52.7 M** |

## 2. Carrier Cost-Share Allocation

Each collaborator's cash and in-kind contributions align with agreed percentages:

- **FCSAmerica:** 50% → $26.35 M
- **NAU, Great American, RCIS, AFBIS:** 12.5% each → $6.59 M each

These figures include both direct payments and the value of in-kind subject-matter experts.

## 3. Budget Drivers & Key Assumptions

- Platform dev includes microservices, APIs, security, and data-lake provisioning.
- Module dev reflects carrier-led rate engines, claims workflows, UI/UX design.
- Integration spend covers mapping existing data feeds, middleware licenses and testing.