# EXHIBIT A

**From:** Douglas Jakway <douglas.jakway@naucountry.com>
**Sent:** Monday, April 6, 2026 9:49 AM
**To:** Connor Scharfe <Connor_Scharfe@GallagherRe.com>; Jordan Atkinson <Jordan.Atkinson@naucountry.com>
**Subject:** RE: Brisk Legal Questions

 External email >

Hi Connor,

Brisk was not included as a Service Provider in our 2027 RY Plan of Operations submittal.

Our decision was based upon the requirement to follow the rules proscribed in MGR – 26-002 as it currently stands.

Best regards,

Doug

1

**From:** Perry, Dale <DPerry@GAIG.COM>
**Sent:** Monday, March 23, 2026 4:14 PM
**To:** Connor Scharfe
**Subject:** Re: Brisk Legal Questions

 External email >

Connor,
I spoke with Legal and we would prefer to not share the email at this time.  However, we are okay with you referencing the fact that we did receive the email from RMA after asking questions related to agency compensation.

See my answers to your questions below.




**Dale Perry**
President
*Crop Division*

301 E. Fourth St., Cincinnati, OH 45202
715.563.1686 mobile • 513.763.8470 office

Connect with us!             American Owned



---

**From:** Connor Scharfe <Connor_Scharfe@GallagherRe.com>
**Date:** Monday, March 23, 2026 at 2:52 PM
**To:** Perry, Dale <DPerry@GAIG.COM>
**Subject:** [External] Brisk Legal Questions

**This Message Is From an External Sender**
This message came from outside your organization.

Report Suspicious

Dale,

Good speaking with you just now. As discussed, if you're able to speak with legal about sharing the email from RMA that pertains to Brisk service fees not being an 'indirect benefit' that would be greatly appreciated. If you/GA are not comfortable sharing, please ask if we're ok to reference our knowledge of the correspondence that this was asked specifically by GA and received an answer via email from RMA.

FYI these are the questions legal has asked us to send to other AIPs. Please let me know if any changes from what we spoke about on the phone, or add additional context if you choose to:

- Had RMA not issued MGR-26-002, did you plan to include Brisk in your plan of operations for RY2027? Yes
- If the Court does not stay MGR-26-002 by April 1, 2026, will you include Brisk in your plan of operations when you file it? No
- If MGR-26-002 remains intact, will you look to terminate your current contract with Brisk? Yes

Thanks!

Connor

**Connor Scharfe**
M 416.795.7392



**Training** | **Resources** | **Analytics** |**Technology**

Gallagher Re Canada Inc. is a subsidiary of Arthur J. Gallagher & Co. (NYSE: AJG).

This message and any attachments may contain information that is privileged or confidential. Any other distribution, copying or disclosure is strictly prohibited. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format.

Gallagher Re Canada Inc. operates in compliance with applicable regulatory and disclosure requirements across all Canadian provinces and territories. We are committed to protecting your personal information in accordance with applicable data protection and privacy laws. To review our Privacy Policy, visit our website at https://www.ajg.com/gallagherre/privacy-notice/.

If you no longer wish to receive marketing information from us, please visit https://cloud.cainfo.ajg.com/communications

This email transmission, including any attachments, is intended solely for the addressee named above, and may contain confidential or privileged information. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender immediately by reply email and destroy the message and its attachments.