# EXHIBIT C

**FEDERAL CROP INSURANCE CORPORATION**                                                                 **Exhibit 3.f.1**
**AGENT COMPENSATION TEMPLATE**
**Previous Reinsurance Year: 2025**
**Company:**
**Data as of:**

| State | (1) Gross premium (CAT and Buy-up) | (2) A&O subsidy and CAT LAE | Processing (3) Payments to agents and affiliates for processing | (4) Purchases of computers, etc. for agents | (5) Third-Party Software Payments * | (6) Total (Column 3 + 4 + 5) | (7) Processing allowance (5% times Column 2) | (8) Excess processing payments (Column 6 - 7, if > 0) | Base Compensation (9) Payments to agents and affiliates for sales and service | (10) Total (Column 8 + 9) | (11) Base compensation limit (80% of Column 2) | (12) Excess base compensation (Column 10 - 11, if > 0) | Total Compensation (13) Profit sharing payments to agents and affiliates | (14) Base and profit sharing compensation (Column 10 + 13) | (15) Total compensation limit (100% of Column 2) | (16) Excess total compensation (Column 14 - 15, if > 0) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | | | | | | - | - | - | | - | - | - | | - | - | - |
| Alaska | | | | | | - | - | - | | - | - | - | | - | - | - |
| Arizona | | | | | | - | - | - | | - | - | - | | - | - | - |
| Arkansas | | | | | | - | - | - | | - | - | - | | - | - | - |
| California | | | | | | - | - | - | | - | - | - | | - | - | - |
| Colorado | | | | | | - | - | - | | - | - | - | | - | - | - |
| Connecticut | | | | | | - | - | - | | - | - | - | | - | - | - |
| Delaware | | | | | | - | - | - | | - | - | - | | - | - | - |
| Florida | | | | | | - | - | - | | - | - | - | | - | - | - |
| Georgia | | | | | | - | - | - | | - | - | - | | - | - | - |
| Hawaii | | | | | | - | - | - | | - | - | - | | - | - | - |
| Idaho | | | | | | - | - | - | | - | - | - | | - | - | - |
| Illinois | | | | | | - | - | - | | - | - | - | | - | - | - |
| Indiana | | | | | | - | - | - | | - | - | - | | - | - | - |
| Iowa | | | | | | - | - | - | | - | - | - | | - | - | - |
| Kansas | | | | | | - | - | - | | - | - | - | | - | - | - |
| Kentucky | | | | | | - | - | - | | - | - | - | | - | - | - |
| Louisiana | | | | | | - | - | - | | - | - | - | | - | - | - |
| Maine | | | | | | - | - | - | | - | - | - | | - | - | - |
| Maryland | | | | | | - | - | - | | - | - | - | | - | - | - |
| Massachusetts | | | | | | - | - | - | | - | - | - | | - | - | - |
| Michigan | | | | | | - | - | - | | - | - | - | | - | - | - |
| Minnesota | | | | | | - | - | - | | - | - | - | | - | - | - |
| Mississippi | | | | | | - | - | - | | - | - | - | | - | - | - |
| Missouri | | | | | | - | - | - | | - | - | - | | - | - | - |
| Montana | | | | | | - | - | - | | - | - | - | | - | - | - |
| Nebraska | | | | | | - | - | - | | - | - | - | | - | - | - |
| Nevada | | | | | | - | - | - | | - | - | - | | - | - | - |
| New Hampshire | | | | | | - | - | - | | - | - | - | | - | - | - |
| New Jersey | | | | | | - | - | - | | - | - | - | | - | - | - |
| New Mexico | | | | | | - | - | - | | - | - | - | | - | - | - |
| New York | | | | | | - | - | - | | - | - | - | | - | - | - |
| North Carolina | | | | | | - | - | - | | - | - | - | | - | - | - |
| North Dakota | | | | | | - | - | - | | - | - | - | | - | - | - |
| Ohio | | | | | | - | - | - | | - | - | - | | - | - | - |
| Oklahoma | | | | | | - | - | - | | - | - | - | | - | - | - |
| Oregon | | | | | | - | - | - | | - | - | - | | - | - | - |
| Pennsylvania | | | | | | - | - | - | | - | - | - | | - | - | - |
| Rhode Island | | | | | | - | - | - | | - | - | - | | - | - | - |
| South Carolina | | | | | | - | - | - | | - | - | - | | - | - | - |
| South Dakota | | | | | | - | - | - | | - | - | - | | - | - | - |
| Tennessee | | | | | | - | - | - | | - | - | - | | - | - | - |
| Texas | | | | | | - | - | - | | - | - | - | | - | - | - |
| Utah | | | | | | - | - | - | | - | - | - | | - | - | - |
| Vermont | | | | | | - | - | - | | - | - | - | | - | - | - |
| Virginia | | | | | | - | - | - | | - | - | - | | - | - | - |
| Washington | | | | | | - | - | - | | - | - | - | | - | - | - |
| West Virginia | | | | | | - | - | - | | - | - | - | | - | - | - |
| Wisconsin | | | | | | - | - | - | | - | - | - | | - | - | - |
| Wyoming | | | | | | - | - | - | | - | - | - | | - | - | - |
| Total | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

\* **Third-Party Software Payments as defined by MGR-26-002**

**FEDERAL CROP INSURANCE CORPORATION**  **Exhibit 3.f.2**
**AGENT COMPENSATION TEMPLATE**
**Current Reinsurance Year: 2026**
**Company:**
**Data as of:**

| State | (1) Gross premium (CAT and Buy-up) | (2) A&O subsidy and CAT LAE | Processing (3) Payments to agents and affiliates for processing | (4) Purchases of computers, etc. for agents | (5) Third-Party Software Payments * | (6) Total (Column 3 + 4 + 5) | (7) Processing allowance (5% times Column 2) | (8) Excess processing payments (Column 6 - 7, if > 0) | Base Compensation (9) Payments to agents and affiliates for sales and service | (10) Total (Column 8 + 9) | (11) Base compensation limit (80% of Column 2) | (12) Excess base compensation (Column 10 - 11, if > 0) | Total Compensation (13) Profit sharing payments to agents and affiliates | (14) Base and profit sharing compensation (Column 10 + 13) | (15) Total compensation limit (100% of Column 2) | (16) Excess total compensation (Column 14 - 15, if > 0) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Alaska |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Arizona |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Arkansas |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| California |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Colorado |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Connecticut |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Delaware |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Florida |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Georgia |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Hawaii |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Idaho |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Illinois |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Indiana |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Iowa |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Kansas |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Kentucky |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Louisiana |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Maine |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Maryland |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Massachusetts |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Michigan |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Minnesota |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Mississippi |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Missouri |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Montana |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Nebraska |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Nevada |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| New Hampshire |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| New Jersey |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| New Mexico |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| New York |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| North Carolina |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| North Dakota |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Ohio |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Oklahoma |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Oregon |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Pennsylvania |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Rhode Island |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| South Carolina |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| South Dakota |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Tennessee |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Texas |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Utah |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Vermont |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Virginia |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Washington |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| West Virginia |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Wisconsin |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Wyoming |  |  |  |  |  | - | - | - |  | - | - | - |  | - | - | - |
| Total | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

**\* Third-Party Software Payments as defined by MGR-26-002**

**FEDERAL CROP INSURANCE CORPORATION**  **Exhibit 3.f.3**
AGENT COMPENSATION TEMPLATE
**Upcoming Reinsurance Year: 2027**
**Company:**
**Data as of:**

| State | (1) Gross premium (CAT and Buy-up) | (2) A&O subsidy and CAT LAE | (3) Payments to agents and affiliates for processing | (4) Purchases of computers, etc. for agents | (5) Third-Party Software Payments * | (6) Total (Column 3 + 4 + 5) | (7) Processing allowance (5% times Column 2) | (8) Excess processing payments (Column 6 - 7, if > 0) | (9) Payments to agents and affiliates for sales and service | (10) Total (Column 8 + 9) | (11) Base compensation limit (80% of Column 2) | (12) Excess base compensation (Column 10 - 11, if > 0) | (13) Profit sharing payments to agents and affiliates | (14) Base and profit sharing compensation (Column 10 + 13) | (15) Total compensation limit (100% of Column 2) | (16) Excess total compensation (Column 14 - 15, if > 0) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Processing | | | | | Base Compensation | | | | Total Compensation | | | |
| Alabama | | | | | | - | - | - | | - | - | - | | - | - | - |
| Alaska | | | | | | - | - | - | | - | - | - | | - | - | - |
| Arizona | | | | | | - | - | - | | - | - | - | | - | - | - |
| Arkansas | | | | | | - | - | - | | - | - | - | | - | - | - |
| California | | | | | | - | - | - | | - | - | - | | - | - | - |
| Colorado | | | | | | - | - | - | | - | - | - | | - | - | - |
| Connecticut | | | | | | - | - | - | | - | - | - | | - | - | - |
| Delaware | | | | | | - | - | - | | - | - | - | | - | - | - |
| Florida | | | | | | - | - | - | | - | - | - | | - | - | - |
| Georgia | | | | | | - | - | - | | - | - | - | | - | - | - |
| Hawaii | | | | | | - | - | - | | - | - | - | | - | - | - |
| Idaho | | | | | | - | - | - | | - | - | - | | - | - | - |
| Illinois | | | | | | - | - | - | | - | - | - | | - | - | - |
| Indiana | | | | | | - | - | - | | - | - | - | | - | - | - |
| Iowa | | | | | | - | - | - | | - | - | - | | - | - | - |
| Kansas | | | | | | - | - | - | | - | - | - | | - | - | - |
| Kentucky | | | | | | - | - | - | | - | - | - | | - | - | - |
| Louisiana | | | | | | - | - | - | | - | - | - | | - | - | - |
| Maine | | | | | | - | - | - | | - | - | - | | - | - | - |
| Maryland | | | | | | - | - | - | | - | - | - | | - | - | - |
| Massachusetts | | | | | | - | - | - | | - | - | - | | - | - | - |
| Michigan | | | | | | - | - | - | | - | - | - | | - | - | - |
| Minnesota | | | | | | - | - | - | | - | - | - | | - | - | - |
| Mississippi | | | | | | - | - | - | | - | - | - | | - | - | - |
| Missouri | | | | | | - | - | - | | - | - | - | | - | - | - |
| Montana | | | | | | - | - | - | | - | - | - | | - | - | - |
| Nebraska | | | | | | - | - | - | | - | - | - | | - | - | - |
| Nevada | | | | | | - | - | - | | - | - | - | | - | - | - |
| New Hampshire | | | | | | - | - | - | | - | - | - | | - | - | - |
| New Jersey | | | | | | - | - | - | | - | - | - | | - | - | - |
| New Mexico | | | | | | - | - | - | | - | - | - | | - | - | - |
| New York | | | | | | - | - | - | | - | - | - | | - | - | - |
| North Carolina | | | | | | - | - | - | | - | - | - | | - | - | - |
| North Dakota | | | | | | - | - | - | | - | - | - | | - | - | - |
| Ohio | | | | | | - | - | - | | - | - | - | | - | - | - |
| Oklahoma | | | | | | - | - | - | | - | - | - | | - | - | - |
| Oregon | | | | | | - | - | - | | - | - | - | | - | - | - |
| Pennsylvania | | | | | | - | - | - | | - | - | - | | - | - | - |
| Rhode Island | | | | | | - | - | - | | - | - | - | | - | - | - |
| South Carolina | | | | | | - | - | - | | - | - | - | | - | - | - |
| South Dakota | | | | | | - | - | - | | - | - | - | | - | - | - |
| Tennessee | | | | | | - | - | - | | - | - | - | | - | - | - |
| Texas | | | | | | - | - | - | | - | - | - | | - | - | - |
| Utah | | | | | | - | - | - | | - | - | - | | - | - | - |
| Vermont | | | | | | - | - | - | | - | - | - | | - | - | - |
| Virginia | | | | | | - | - | - | | - | - | - | | - | - | - |
| Washington | | | | | | - | - | - | | - | - | - | | - | - | - |
| West Virginia | | | | | | - | - | - | | - | - | - | | - | - | - |
| Wisconsin | | | | | | - | - | - | | - | - | - | | - | - | - |
| Wyoming | | | | | | - | - | - | | - | - | - | | - | - | - |
| Total | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

**\* Third-Party Software Payments as defined by MGR-26-002**