UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRISK INSURANCE SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL CROP INSURANCE CORPORATION *et al.*,<br><br>Defendant. | Civil Action No. 26-0842 (SLS) |

**<u>JOINT REDACTED VERSIONS OF [62][63][64] FOR PUBLIC DOCKET</u>**

Pursuant to the Court's July 29, 2026, Minute Order, Plaintiff Brisk Insurance Services LLC ("Brisk" or "Plaintiff") and Defendants Federal Crop Insurance Corporation, Risk Management Agency and Patricia Swanson, in her official capacity as Manager of the Federal Crop Insurance Corporation and as Administrator of Risk Management Agency ("Defendants") (Defendants, together with Plaintiff, the "Parties"), by and through their undersigned counsel, submit the attached redacted versions of [62][63][64] Motions to Seal alongside their attachments as Exhibit 1, Exhibit 2, and Exhibit 3, respectively.

* * *

Dated: August 19, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ *Robert J. Morris, II*
ROBERT J. MORRIS, II
D.C. Bar #1719434
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2534
Robert.Morris@usdoj.gov

*Attorneys for the United States of America*

*/s/ Charles A. Zdebski*
Charles A. Zdebski (#451075)
Chad E. Kurtz (#1016934)
COZEN O'CONNOR
2001 M Street NW, Suite 500
Washington, DC 20036
Tel: (202) 280-6528
czdebski@cozen.com
ckurtz@cozen.com

*Counsel for Plaintiff*